# IN THE SUPREME COURT OF THE STATE OF NEVADA

LEE MICHAEL SCHULTZ,
Petitioner,
vs.
THE STATE OF NEVADA,
Respondent.

No. 70071

FILED

MAY 0 9 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DENYING PETITION

This is a pro se petition for extraordinary relief. Petitioner challenges the validity of his conviction and the proceedings relating to his conviction. We have reviewed the documents submitted in this matter, and without deciding upon the merits of any claims raised therein, we decline to exercise original jurisdiction in this matter. Accordingly, we

ORDER the petition DENIED.

_____, J.
Hardesty

_____, J.
Saitta

_____, J.
Pickering

cc:   Lee Michael Schultz
      Attorney General/Carson City
      Clark County District Attorney
      Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A

16-14386